UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS,

    Petitioner,

v.

U.S. MARSHALS,

    Respondent.

Case No. 17-cv-03439-HSG (PR)

**ORDER OF DISMISSAL**

Petitioner filed a *pro se* petition for writ of habeas corpus while detained at the Alameda County Jail, and the Court is awaiting his application to proceed in forma pauperis. However, court mail that the Clerk sent to petitioner at his last known address has been returned as undeliverable. See dkt. nos. 5, 6.

Pursuant to Northern District Civil Local Rule 3-11, a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* Civil L.R. 3-11(b). More than sixty days have now passed since the mail sent to petitioner by the court was returned as undeliverable. The court has not received a notice from petitioner of a new address.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk of the court shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 10/18/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge