UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THOMAS,<br><br>        Petitioner,<br><br>   v.<br><br>U.S. MARSHALS,<br><br>        Respondents. | Case No. 17-cv-03439-HSG (PR)<br><br>**JUDGMENT** |

A judgment of dismissal without prejudice is hereby entered. The Clerk of the court shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/18/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge